**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN (GRAND RAPIDS)**

**IN THE MATTER OF:**

Jessica Anne Simon,                                  Bankruptcy Case No. 14-05227-jtg
                                                     Honorable John T. Gregg
      Debtor.         Chapter 7
_____/

Kelly M. Hagan, Trustee,

      Plaintiff,

v.                                                   Adversary Proceeding No.

21st Mortgage Corp.,

      Defendant.
_____/

**TRUSTEE'S COMPLAINT TO AVOID TRANSFER OF SECURITY INTEREST**
**IN MANUFACTURED HOME PURSUANT TO 11 U.S.C. §547(b)**

  Kelly M. Hagan, Trustee, by and through his counsel, Beadle Smith, PLC, hereby states for his Complaint to Avoid Transfer of Security Interest in Manufactured Home Pursuant to 11 U.S.C. §547 ("Complaint") as follows:

**Jurisdiction**

  1. Kelly M. Hagan ("Trustee") was appointed the duly qualified and acting Trustee in this matter.

  2. This adversary proceeding arises in and relates to the bankruptcy case of Jessica Anne Simon ("Debtor"), Bankruptcy Case No. 14-05227.

  3. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(F).

  4. This adversary proceeding is properly before this Bankruptcy Court pursuant to 28 U.S.C. §§157, 1334 and 1409.

  5. The Defendant is 21st Mortgage Corporation ("21st Mortgage") having a principal address of PO Box 477, Knoxville, TN 37901.

  6. Richard Green is the resident agent authorized to accept service of process on behalf of Defendant in the State of Michigan and has a mailing address of 705 S. Main Street, Ste 270, Plymouth, MI 48170.

7. Plaintiff consents to the Bankruptcy Court entering a final judgment in this Adversary Proceeding.

## General Allegations

8. On August 5, 2014, Jessica Anne Simon ("Debtor") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Reform Act of 1978 as Amended, Title 11 ("Petition Date").

9. At the time the Debtor filed her bankruptcy proceeding, Debtor held an interest in a 1999 Holly Park Manufactured Home, Serial Number 2HP995692AB ("Manufactured Home")

10. The Debtor and a co-owner, Trina Simon. granted Defendant a security interest in the Manufactured Home to secure an obligation owed to Defendant by the Debtor which was incurred on February 28, 2014 ("Security Interest").

11. Defendant failed to cause its name to be listed on the Certificate of Title for the Manufactured Home with the Michigan Secretary of State as required for the perfection of the Security Interest until May 16, 2014.  A copy of the Certificate of Manufactured Home Ownership is attached hereto as Exhibit A.

12. The Debtor's interest in the Manufactured Home is property of the estate pursuant to 11 U.S.C. §541.

## AVOIDANCE OF TRANSFER AS PREFERENTIAL UNDER 11 U.S.C. § 547(b)

13. Trustee re-alleges and incorporates by reference paragraphs 1 through 12 of the Complaint as is fully stated herein.

14. The transfer of the Security Interest ("Transfer") was on account of an antecedent debt owed by the Debtor to Defendant.

15. The Transfer was a transfer of the Debtor's interest in the Manufactured Home.

16. The Transfer was to or for the benefit of Defendant.

17. The Transfer was made while the Debtor was insolvent.

-3-

18.     The Transfer is deemed to have occurred within ninety (90) days preceding the Petition Date.

19.     The Transfer would allow Defendant to recover more than it would have recovered in a Chapter 7 distribution had the transfers not been made.

**WHEREFORE**, the Trustee, Kelly M. Hagan, respectfully requests that this Honorable Court avoid the Security Interest pursuant to 11 U.S.C. § 547(b), and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

BEADLE SMITH, PLC

/S/ Kevin M. Smith
By: Kevin M. Smith (P48976)
Attorneys for Trustee
445 South Livernois, Suite 305
Rochester Hills, MI 48307-2577
(248) 650-6094, Ext. 15; (248) 650-6095 (fax)
ksmith@bbssplc.com

Dated: 1/16/15

# STATE OF MICHIGAN
## CERTIFICATE OF MANUFACTURED HOME OWNERSHIP

**MANUFACTURED HOME SERIAL NUMBER:** 2HP995692AB
**YEAR OF MANUFACTURE:** 1999
**MANUFACTURER:** HOLLY PARK
**ISSUE DATE:** 05/16/2014
**MANUFACTURED HOME CERTIFICATE NUMBER:** 298C1350620 TS

**OWNER(S) NAME AND ADDRESS:**
TRINA LEANNE SIMON &
JESSICA ANNE SIMON
16430 PARK LAKE RD LOT 196
EAST LANSING MI 48823

**FULL RIGHTS TO SURVIVOR**

**First Secured Party:**
21ST MORTGAGE CORP
PO BOX 477
KNOXVILLE TN 37909

**Filing Date:** 05-15-2014

Release of First Lien
X _____ Signature of Agent    Date: _____

VOID

THE YEAR OF MANUFACTURE AND MODEL YEAR MAY NOT BE THE SAME
**Certificate Assignment by Seller**
ANY ALTERATION, ERASURE, FALSE STATEMENT, FORGERY OR FRAUD VOIDS THIS CERTIFICATE AND IS A CRIME.

I (we) certify that the manufactured home described above is sold, assigned, transferred to the following purchaser(s) and is free of all previous liens. Further, I (we) certify that the manufactured home described above is equipped with (1) fire extinguisher and (1) smoke detector as required by 1974 PA 133, MCL 125.771 et seq.

| Printed Name of Purchaser(s) | | | | Date of Sale | Selling Price |
|---|---|---|---|---|---|
| Purchaser's Street Address | | City | | State | Zip |
| Signature of Seller(s) X | | Printed Name of Seller(s) | | | |
| Seller's Street Address | | City | | State | Zip |

**NEW LIENHOLDER INFORMATION:** The information below must be on an application for a certificate and presented to the Michigan Department of State.

| Secured Party: | Address: |
|---|---|

The Department of Licensing and Regulatory Affairs of the State of Michigan certifies that this certificate is prima facie proof of ownership issued in compliance with the laws of the State of Michigan. On the date of issuance, the manufactured home described was subject to the security interest as shown.

**MAILING ADDRESS**
21ST MORTGAGE CORP
PO BOX 477
KNOXVILLE TN 37901

B12891638



DO NOT ACCEPT CERTIFICATE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS